**Title: Bad Kids Go To Hell**
**Rights Owner: BKGTH Productions, LLC**

| John Doe | IP Address | SHA-1 Hash: 8618617DFBDE71C08949E35257343E26DEB2080A<br>Hit Date and UTC Time | ISP | City |
|---|---|---|---|---|
| 1 | 67.173.251.53 | 06/11/2013 05:30:03 AM | Comcast Cable | Longmont |
| 2 | 67.190.6.191 | 06/09/2013 02:02:16 AM | Comcast Cable | Boulder |
| 3 | 75.71.227.238 | 06/07/2013 12:22:29 AM | Comcast Cable | Colorado Springs |
| 4 | 174.51.116.241 | 06/04/2013 10:39:14 AM | Comcast Cable | Aurora |
| 5 | 75.70.1.202 | 06/04/2013 02:51:06 AM | Comcast Cable | Colorado Springs |
| 6 | 67.190.97.39 | 06/04/2013 02:30:54 AM | Comcast Cable | Colorado Springs |
| 7 | 24.8.115.226 | 06/03/2013 12:02:40 AM | Comcast Cable | Denver |
| 8 | 24.8.68.206 | 06/01/2013 02:31:18 AM | Comcast Cable | Aurora |
| 9 | 75.71.173.246 | 05/27/2013 02:40:11 AM | Comcast Cable | Colorado Springs |
| 10 | 75.171.133.11 | 05/24/2013 02:38:19 AM | CenturyLink | Denver |
| 11 | 71.237.28.56 | 05/23/2013 08:26:07 PM | Comcast Cable | Denver |
| 12 | 71.214.35.185 | 05/21/2013 08:00:27 PM | CenturyLink | Colorado Springs |
| 13 | 24.9.230.187 | 05/21/2013 10:57:57 AM | Comcast Cable | Littleton |
| 14 | 97.121.172.113 | 05/17/2013 08:43:14 PM | CenturyLink | Pueblo |
| 15 | 71.229.188.208 | 05/17/2013 12:37:46 AM | Comcast Cable | Denver |
| 16 | 71.196.145.192 | 05/15/2013 11:04:25 PM | Comcast Cable | Colorado Springs |
| 17 | 76.120.86.36 | 05/15/2013 09:45:47 PM | Comcast Cable | Broomfield |

EXHIBIT A