**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-01778-WYD-MEH

BKGTH PRODUCTIONS, LLC,

a Texas Limited Liability Company,

        Plaintiff,

v.

JOHN DOES 1-17,

        Defendants.

## STATUS REPORT

Pursuant to this Court's July 17, 2013, Minute Order, the Plaintiff's counsel in the above-captioned and the following-captioned cases hereby tenders the following Status Report:

1. Civil Action No. 13-cv-01778-WYD
   BKGTH Productions, LLC, Plaintiff v. John Does 1-17, Defendants

   The Plaintiff has served all of the ISPs identified in Ex. A to the Complaint and requested a return date of August 28, 2013. So far no ISPs have responded to the subpoenas served on them in this action with identifying information.

   There are no pending motions in this action.

2. Civil Action No. 13-cv-00688-WYD-MEH
   The Ledge Distribution, LLC, Plaintiff v. John Does 1-5, Defendants.

   The Plaintiff served ISP Comcast Communications on May 14, 2013. This ISP has

produced the identity of Doe Number 3, and the Plaintiff's counsel is attempting to ascertain whether further litigation is necessary with respect to this Doe in order to resolve the Plaintiff's claims with respect to this Doe, or whether the claims with respect to this Doe can be resolved without further litigation.

On May 19, 2013, the Plaintiff served CenturyTel of Colorado, Inc., to obtain the identities of the four John Does (Numbers 1, 4, 5, and 6) in this case using ISP Century Link. On June 11, 2013, Century Link provided the identities of Does 1, 4, and 6.

Century Link provided information about a sublease regarding Doe Number 5, which the Plaintiff's counsel has to pursue further to determine the identity of Doe Number 5.

The Plaintiff has reached a settlement in principle with Doe Number 6, and Doe Number 6 has been terminated from the case.

The Plaintiff's counsel is still attempting to ascertain whether further litigation is necessary with respect to Does 1 and 4 in order to resolve the Plaintiff's claims with respect to these Does, or whether the claims with respect to these Does can also be resolved without further litigation.

On May 14, 2013, the Plaintiff perfected service on ISP JAB wireless. On June 18, 2013, this ISP provided the identity of John Doe 2. The Plaintiff has reached a settlement in principle with John Doe 2 and expects shortly to be requesting dismissal of this Doe with prejudice.

There are no pending motions before the Court in this action.

3. Civil Action No. 1:13-cv-00686-WYD-MEH
   Elf-Man, LLC, Plaintiff v. Does 1-4, Defendants

On June 26, 2013, ISP Comcast Communications produced the identities of Doe

Numbers 1 and 2. The Plaintiff's counsel has reached a settlement in principle with Doe Number 2 and expects to be requesting dismissal of this Doe with prejudice. The Plaintiff's counsel is still attempting to ascertain whether further litigation is necessary with respect to Doe Number 1 in order to resolve the Plaintiff's claims with respect to this Doe, or whether the claims with respect to this Doe can be resolved without further litigation.

On June 11, 2013, ISP Century Link provided the identity of the only John Doe in this case using Century Link, Doe 4. The Plaintiff's counsel is attempting to ascertain whether further litigation is necessary with respect to this Doe in order to resolve the Plaintiff's claims with respect to this Doe, or whether the claims with respect to this Doe can be resolved without further litigation.

Plaintiff served Bresnan Communications on May 17, 2013. This ISP has recently changed ownership, and the Plaintiff's counsel has been in communications with the successor to this ISP regarding the subpoena served on this ISP, but and the successor has agreed to provide responsive identifying information by August 28, 2013.

There are no pending motions in this action.

4. Civil Action No. 1:13-cv-00687-WYD-MEH
   The Thompsons Film, LLC v. John Does 2-8, Defendants.

On June 26, 2013, ISP Comcast Communications produced the identities of Doe Numbers 3, 6, 7, and 8. It was unable to identify Doe Number 4, and therefore the Plaintiff requested that this Court dismiss Doe Number 4 from this action without prejudice.

The Plaintiff has reached a settlement in principle with Doe Numbers 6 and 8 and expects to be dismissing Doe Numbers 6 and 8 with prejudice.

With respect to Doe Numbers 3 and 7, the Plaintiff's counsel is attempting to ascertain whether further litigation is necessary with respect to these Does in order to resolve the Plaintiff's claims with respect to these Does, or whether the claims with respect to these Does can be resolved without further litigation.

On June 11, 2013, Century Link provided the identities of both John Does using Century Link, Does 2 and 5, who have been identified as the same person. The Plaintiff's counsel is still attempting to ascertain whether further litigation is necessary with respect to this person in order to resolve the Plaintiff's claims with respect to this person, or whether the claims with respect to this person can be resolved without further litigation.

5. Civil Action No. 13-cv-01292-WYD-MEH
   Killer Joe Nevada, LLC, Plaintiff v. John Does 1-17, Defendants.

On July 5, 2013, ISP Comcast Communications produced the identities of Does 1, 2, 4, 5, 9, 11, 12, and 16. It was unable to produce the identity of Doe Numbers 13 and 17, and therefore the Plaintiff has requested that the Court dismiss Does Numbers 13 and 17 without prejudice.

The Plaintiff has reached a settlement in principle with Doe Numbers 4, 9, and 11, and the Plaintiff expects to shortly request that these Does be dismissed with prejudice.

The Plaintiff and Doe Number 16, identified as Lorry Lambert, have entered into a settlement. The Plaintiff has requested that the Complaint be amended to name Lorry Lambert as a defendant and that the Court enter a consent decree stipulated by the parties and concurrently dismiss the Plaintiff's claims against Defendant Lambert with prejudice. That motion is pending.

On July 9, 2013, ISP Century Link produced the identities of John Does 3, 7, 14, and 15. The Plaintiff's counsel is attempting to ascertain whether further litigation is necessary with respect to Does 7, 14, and 15 in order to resolve the Plaintiff's claims with respect to these Does, or whether the claims with respect to these Does can be resolved without further litigation.

The Plaintiff has reached a settlement in principle with Doe Number 3 and expects shortly to be requesting dismissal of this Doe with prejudice.

Century Link provided information about a sublease regarding Doe Number 6, which the Plaintiff's counsel has to pursue further to determine the identity of Doe Number 6.

On July 8, 2013, three documents were filed in this case that were deemed restricted Level 2. The Court has ruled that this filer can proceed anonymously for at least the purpose of re-filing a motion or motions to quash, which were denied without prejudice. To Plaintiff's counsel's knowledge, as of the filing of this Status Report, this filer has not re-filed a motion or motions to quash.

ISP Baja Communications has produced the identity of Doe Number 10. The Plaintiff's counsel is still attempting to ascertain whether further litigation is necessary with respect to this person in order to resolve the Plaintiff's claims with respect to this person, or whether the claims with respect to this person can be resolved without further litigation.

6. Civil Action No. 13-cv-01309-WYD-MEH
   Killer Joe Nevada, LLC, Plaintiff v. John Does 1-20, Defendants

The Plaintiff has served all of the ISPs identified in Ex. A to the Complaint and requested a return date of July 15, 2013. By agreement, ISP Comcast's return date has been extended to July 31, 2013.

ISP Century Link has provided identifying information regarding Doe Numbers 2, 12, and 14. Does 2 and 14 have been identified as the same person. The Plaintiff's counsel is still attempting to ascertain whether further litigation is necessary with respect to these Does in order to resolve the Plaintiff's claims with respect to these Does, or whether the claims with respect to these Does can be resolved without further litigation.

ISP Century Link was unable to identify Doe Number 8, and therefore the Plaintiff requested that this Court dismiss Doe Number 8 from this action without prejudice.

7. Civil Action No. 13-cv-01340-WYD-MEH
   Killer Joe Nevada, LLC, Plaintiff v. John Does 1-20, Defendants

ISPs have provided identifying information regarding Does 1, 4-7, 9-11, and 13-20. The Plaintiff has reached a settlement in principle with Doe Number 7 and expects shortly to request that the Court dismiss this Doe with prejudice.

No identifying information has yet been provided regarding Does 2, 3, 8, or 12. The Plaintiff's counsel has requested that Doe number 3 be dismissed without prejudice and is still assessing whether identifying information can be made available with respect to Does 8 and 12. The successor to ISP Bresnan Communications has agreed to provide identifying information regarding Doe Number 2 by August 28, 2013.

8. Civil Action No. 13-cv-01461-WYD-MEH
   TCYK, LLC, Plaintiff v. John Does 1-4 and 6-20, Defendants

The Plaintiff has served the ISPs of all remaining Doe defendants, requesting a return date of July 24, 2013. So far no ISPs have produced the identities of any Doe defendants. ISP Comcast has requested up to and including July 29, 2013, to respond to the subpoena served on it in this case, and the Plaintiff's counsel has agreed to this request.

However, the Plaintiff's counsel has been contacted by Does, or counsel for Does, 1, 4, 7, 12, 16, and 20 and reached settlements in principle with these Does and expects shortly that it will request that all six of these Does be dismissed with prejudice.

There are no pending motions before the Court in this action.

9. Civil Action 1:13-cv-01476-WYD-MEH
   TCYK, LLC, Plaintiff v. Does 1-20, Defendants

The Plaintiff perfected service on all ISPs on June 18, 2013, requesting a return date of August 2, 2013. So far no ISPs have produced the identities of any Doe defendants.

However, the Plaintiff's counsel has been contacted by counsel for Doe Number 18, reached a settlement in principle with this Doe, and expects shortly that it will request that this Doe be dismissed with prejudice.

There are no pending motions before the Court in this action.

10. Civil Action No. 13-cv-01630-WYD-MEH
    TCYK, LLC, Plaintiff v. John Does 1-20, Defendants

On June 24, 2013, The Plaintiff perfected service on all third party ISPs, requesting a return date of August 7, 2013. So far no ISPs have responded to the subpoenas served on them in this action with identifying information.

There are no pending motions in this action.

11. Civil Action No. 13-cv-01691-WYD-MEH
    TCYK, LLC, Plaintiff v. John Does 1-20, Defendants

The Plaintiff has perfected service on all third party ISPs, requesting a return date of August 21, 2013. So far no ISPs have responded to the subpoenas served on them in this action with identifying information.

There are no pending motions in this action.

DATED this 22nd day of July, 2013.

Respectfully submitted,

/s/ *David J. Stephenson, Jr.*
David J. Stephenson, Jr.
2801 Youngfield St., Suite 300
Golden, Colorado 80401
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
david.thunderlaw@gmail.com
Attorney for BKGTH Productions, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *David J. Stephenson, Jr.*