IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01778-WYD-MEH

BKGTH PRODUCTIONS, LLC, a Texas Limited Liability Company,

Plaintiff,

v.

JOHN DOES 1-16,

Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 29, 2013.**

Plaintiff's Motion to Quash Memorandum of John Doe 12 [filed August 28, 2013; docket #20] is **denied** as follows.

First, the Plaintiff provides no legal support demonstrating that the Court has authority to "quash" a document merely mailed to the Plaintiff by Defendant John Doe #12. Therefore, such request is denied.

However, the Court notes that the document at issue was filed in this case on August 20, 2013 under Restriction Level 2, pursuant to this Court's practice to allow *pro se* John Doe defendants in this type of case an opportunity to file a proper motion to proceed anonymously. *See* docket #14. Like the Plaintiff, the Court construed the document simply as a memorandum with no adjoining motion or proposed order (as referenced in the memorandum); therefore, there is currently no request for relief pending before this Court by John Doe #12.

As such, to the extent Plaintiff's present motion may be construed as a motion to strike the memorandum from the record, the Court finds insufficient cause to do so and, instead, will allow John Doe #12 to file a proper motion seeking any relief to which John Doe #12 refers in his memorandum on or before **September 6, 2013**. If John Doe #12 fails to file such motion before the deadline, the Court may strike the memorandum from the record pursuant to D.C. Colo. LCivR 7.1H.

The Clerk of the Court is directed to place the memorandum located at docket #14 and Plaintiff's Exhibit A located at docket #20-1 under Restriction Level 1 until further order of the Court. In addition, the Clerk is directed to mail a copy of this order to John Doe #12 at the address listed in docket #14.