IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01778-WYD-MEH

BKGTH PRODUCTIONS, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-16,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 5, 2013.**

    Defendant John Doe 12's Motion to Proceed Anonymously [filed September 3, 2013; docket #25] is **granted in part and denied in part** as follows. The Defendant may proceed anonymously in this matter as "John Doe 12" only for the purpose of adjudicating any motion challenging the subpoena served by the Plaintiff upon the Defendant's ISP. Upon resolution of such motion, should John Doe 12 perceive a need to continue proceeding anonymously in this case, he must then seek permission from the Court to continue proceeding anonymously. All other requests for relief are denied.

    Defendant John Doe #12's Motion to Sever Defendants for Improper Joinder and to Vacate the Order Granting Leave to Serve Third-Party Subpoenas and to Quash the Subpoena [filed September 3, 2013; docket #24] is **denied without prejudice** for the following reasons.

    First, due to its varied requests for relief ("dismiss/sever" and "quash"), adjudication of the single motion will likely require different standards of review and legal analyses of both dispositive and non-dispositive issues. In the interests of judicial efficiency and the proper management of its docket, the Court instructs the Defendant to file his requests for relief each in separate motions, as applicable. *See* D.C. Colo. LCivR 7.1C ("A motion shall be made in a separate paper.")

    Second, the Court notes that John Doe 12 failed to file with his motion to quash a copy of the challenged subpoena. Therefore, if John Doe 12 chooses to re-file his motion to quash, he is instructed to file a copy of the challenged subpoena with the motion.

    The Court directs the Clerk of the Court to mail a copy of this order to the address provided by John Doe 12 in the filing at docket #26.