THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01778-WYD-MEH

BKGTH PRODUCTIONS, LLC,

a Texas Limited Liability Company,

        Plaintiff,

   v.

JOHN DOES 1-16,

        Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF DEFENDANTS JOHN DOE 4, JOHN DOE 11, AND JOHN DOE 13
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and law, there being no responsive pleadings yet filed by Defendants John Doe 4, John Doe 11, and John Doe 13, as identified in Exhibit A attached to the Amended Complaint in the above-captioned action, Plaintiff BKGTH Productions, LLC, hereby voluntarily dismisses Defendants John Doe 4, John Doe 11, and John 13, as identified in Exhibit A attached to the Amended Complaint in the above-captioned action,

without prejudice.

                    DATED this 30th day of October, 2013.

                    Respectfully submitted,

                    /s/ *David J. Stephenson, Jr.*
                    David J. Stephenson, Jr.
                    2801 Youngfield St., Suite 300
                    Golden, Colorado 80401
                    Telephone: (303) 726-2259
                    Facsimile: (303) 362-5679
                    E-Mail:  david.thunderlaw@gmail.com
                    Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 30, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties known to the plaintiff.

                    By:  /s/ *David J. Stephenson, Jr.*