IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01778-WYD-MEH

BKGTH PRODUCTIONS, LLC, a Texas Limited Liability Company,

     Plaintiff,

v.

JOHN DOES 1-3, 5-10, 12, 15-16,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2013.**

     Plaintiff's second Motion for Extension of Time to Serve Defendants [filed December 2, 2013; docket #50] is **granted in part and denied in part**. Plaintiff shall serve the remaining Defendants in accordance with Fed. R. Civ. P. 4 on or before January 10, 2014.

     The Clerk of the Court is directed to mail a copy of this order to John Doe 12 at the address listed in docket #26.