IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01778-WYD-MEH

BKGTH PRODUCTIONS, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-3, 5-10, 12, 15-16,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 10, 2014.**

    Plaintiff's third Motion for Extension of Time to Serve Remaining Defendants [filed January 9, 2014; docket #56] is **granted**. Plaintiff shall serve the remaining Defendants in accordance with Fed. R. Civ. P. 4 on or before February 4, 2014. The Court will grant no further extensions of this deadline absent a showing of exceptional circumstances.