**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-01778-WYD-MEH

BKGTH PRODUCTIONS, LLC,

a Texas Limited Liability Company,

        Plaintiff,

  v.

JOHN DOES 1-3, 5-10, 12, and 15-16,

        Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF ALL REMAINING DEFENDANTS AND THE ACTION
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and law, there being no pending responsive pleadings filed by remaining Defendants John Doe 1, John Doe 2, John 3, John Doe 5, John Doe 6, John Doe 7, John Doe 8, John Doe 9, John Doe 10, John Doe 12, John Doe 15, or John Doe 16, as identified in Exhibit A attached to the Amended Complaint in the above-captioned action, Plaintiff BKGTH Productions, LLC, hereby voluntarily dismisses each of these Defendants, as identified in Exhibit A attached to the Amended Complaint in the above-captioned action, and

dismisses the above-captioned action, without prejudice.

DATED this 3rd day of February, 2014.

Respectfully submitted,

/s/ *David J. Stephenson, Jr.*
David J. Stephenson, Jr.
2801 Youngfield St., Suite 300
Golden, Colorado 80401
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
E-Mail:  david.thunderlaw@gmail.com
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties known to the plaintiff.

By:  /s/ *David J. Stephenson, Jr.*